

# NUMBER 13-22-00208-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

BRYAN MICHAEL PARKS AND
ADS AIR CONDITIONING, INC.,                                    Appellants,

v.

NANCY MIGL,                                                      Appellee.

On appeal from the 445th District Court
of Cameron County, Texas.

# ORDER

Before Justices Longoria, Hinojosa, and Silva
Order Per Curiam

This cause is before the Court on the court reporter's third request for an extension of time to file the record until November 20, 2022. The clerk's record in this matter was filed on June 15, 2022. The court reporter has previously requested and received two extensions of time to file the reporter's record. The reporter's third request for extension

states that she has been ill with the flu and bronchitis.

The Court, having fully examined the court reporter's third request for an extension of time to file the record, is of the opinion that, in the interest of justice, it should be granted by this order. Accordingly, the Court grants the court reporter's third request for an extension of time to file the record. The Court orders the court reporter, Dahlia Robledo, to file the reporter's record in this Court no later than November 20, 2022. No further requests for extension of time will be entertained by the Court absent exigent circumstances. The failure of the court reporter to file the record by the date set forth in this order shall result in the referral of this matter to the Court and may result in the issuance of an order to show cause.

PER CURIAM

Delivered and filed on the
16th day of November, 2022.